UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE MCNEAL,<br><br>             Plaintiff,<br><br>       v.<br><br>ROBERTS, et al.,<br><br>             Defendants. | No. 2:18-cv-2998 KJM AC P<br><br><br><br>ORDER |

Plaintiff has filed a motion for a thirty-day extension of time to file objections to the pending findings and recommendations. See ECF No. 8. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 8) is GRANTED, and

2. Plaintiff is granted thirty days from the date of this order within which to file objections.

DATED: June 10, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE