UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE MCNEAL, | No. 2:18-cv-2998 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| ROBERTS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 9, 2021, this court adopted the findings and recommendations issued by the magistrate judge assigned to this action. ECF No. 11. As a result, the court declared plaintiff a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g), and ordered him to pay the filing fee within thirty days prior to proceeding any further with this action. *See* ECF No. 11 at 2. At that time, the court warned plaintiff that his failure to pay the fee within the allotted time would result in a dismissal of this action. *See id.* More than thirty days have passed, and plaintiff has not paid the filing fee, nor has he responded to the court's order in any way.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. This action is DISMISSED due to plaintiff's failure to pay the filing fee pursuant to 28 U.S.C. § 1915(g), and

2. This case is CLOSED.

DATED: August 20, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE